UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| United States of America, | § § | |
| vs. | § § | NO: EP:25-CR-02461(1)-LS |
| (1) Marco Antonio Marcelino-Cano, | § | |

## **ORDER SETTING SENTENCING**

IT IS HEREBY ORDERED that the above-entitled and numbered case is set for **SENTENCING** in District Courtroom, Room 622, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Tuesday, November 18, 2025 at 10:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

**SO ORDERED.**

**Signed this 14th day of October, 2025.**

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE